IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRED TEASLEY,

    Plaintiff,

v.

CSX TRANSPORTATION, INC.,

    Defendant.

Case No. 3:15-cv-361

JUDGE WALTER H. RICE

---

ENTRY SUSTAINING PLAINTIFF FRED TEASLEY'S MOTIONS *IN LIMINE* ONE THROUGH FOUR; DEFENDANT CSX TRANSPORTATION, INC. IS PRECLUDED FROM INTRODUCING EVIDENCE, OR OTHERWISE CONVEYING TO THE JURY, ANY MATTER REGARDING THE SUBJECT MATTER OF THE MOTIONS *IN LIMINE*

---

On January 27, 2017, Plaintiff Fred Teasley ("Plaintiff") filed four motions *in limine*, seeking an order excluding the introduction of any evidence or argument to the jury regarding the following:

1. Any discipline assessed by Defendant CSX Transportation, Inc., ("Defendant") against Plaintiff while Plaintiff was employed by Defendant;

2. Plaintiff's injuries or medical conditions not related to the injury allegedly suffered by Plaintiff on or about August 21, 2014;

3. Railroad Retirement Board benefits paid to Plaintiff; and

4. Any unrelated lawsuits filed by Plaintiff, or unrelated injury claims made by him.

Doc. #17, PAGEID #54. The Court notes that Defendant has filed no memoranda in opposition to the motions, concludes that good cause exists for granting Plaintiff the relief sought, and SUSTAINS all four motions *in limine*.

Accordingly, it is ORDERED that Defendant is barred from introducing into evidence, or otherwise conveying to the Court or the jury, any facts or information regarding the subject matter of the above-described motions *in limine*.

Date: February 23, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE