IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Fred Teasley**

    Plaintiff,

                                        Case No. 3:15-cv-361

vs.

**CSX Transportation, Inc.**

    Defendants.

---

### ORDER OF DISMISSAL: TERMINATION ENTRY

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    **IT IS SO ORDERED.**

                                                      WALTER H. RICE, JUDGE
                                                      UNITED STATES DISTRICT COURT

Copies to: All Counsel of Record